AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-2171

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Postal Carrier, Jack Buck, individually
was received by me on *(date)* 11/08/2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* N. Nock, Authorized Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Postal Carrier, Jack Buck, ind.
on *(date)* 11/08/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* Served c/o Scott W. Reid, Esquire, Assistant United States Attorney at 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/08/2016

*Server's signature*

Terry Brennan, Process Server
*Printed name and title*

235 S. 13th Street,
Philadelphia, PA 19107

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

JAMES KELLY AND LEANNE KELLY,
INDIVIDUALLY AND AS H/W

*Plaintiff*

v().

UNITED STATES POSTAL SERVICE AND
UNITED STATES OF AMERICA, D/B/A UNITED
STATES POSTAL SERVICE AND D/B/A
BROOMALL POST OFFICE

Civil Action No. 16-2171

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Postal Carrier, Jack Buck
Individually and in his/her official capacity
d/b/a Broomall Post Office
d/b/a United States Postal Service
d/b/a United States of America

c/o Scott W. Reid, Esquire
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MATTHEW B. WEISBERG, ESQ.
7 SOUTH MORTON AVENUE
MORTON, PA 19070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: MAY 5, 2016

RICHARD C. THIEME, Deputy Clerk